IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00276-MAB |
| | ) |
| CENTRAL STATE CONSTRUCTION INCORPORATED, | ) ) ) |
| | ) |
| Defendant. | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated August 23, 2021, Defendant Central State Construction Incorporated's motion for summary judgment was **GRANTED** and Plaintiff Gary Martin's claims against Defendant were **DISMISSED with prejudice** (Doc. 46).

Judgment is entered in favor of Defendant Central State Construction Incorporated and against Plaintiff Martin. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety.**

DATED: August 23, 2021

                                                  **MARGARET M. ROBERTIE,**
                                                  **Clerk of Court**

                                                  BY: _/s/ Jennifer Jones_
                                                          **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**